## ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES

## JUDGE RONALD A. CLIFFORD III

1. The Court will set an initial status conference in all adversary proceedings to be held approximately sixty (60) days after the matter is filed. All parties must appear in person at the initial status conference. Failure to appear for a status conference may result in the imposition of monetary sanctions.

2. A joint status report prepared using Local Form F 7016-1.STATUS.REPORT must be filed fourteen (14) days before each status conference. The plaintiff must attach a copy of the Local Form F 7016-1.STATUS.REPORT to these Adversary Proceeding Status Conference Procedures as Exhibit A. Failure to file a joint status report may result in the imposition of monetary sanctions and/or the status conference being continued.

3. If a party does not cooperate in the preparation of a joint status report, the other party should follow the procedure set forth in this Court's Local Bankruptcy Rule 7016-1(a)(3) for filing a unilateral status report.

4. A status report is not required if:

A. Prior to the date scheduled for the status conference, the parties have filed, and the Court has entered, an order approving a stipulation that resolves all issues raised by the adversary proceeding and provides either for dismissal of the action in its entirety or the entry of judgment in the action.

B. Defaults have been entered as against all defendants and the plaintiff has filed and served a motion for default judgment prior to the date scheduled for the status conference.

C. The parties have filed, and prior to the date scheduled for the status conference, the Court has entered an order approving, a stipulation continuing the status conference to a later date (in which case a written status report must be filed not less than fourteen (14) days in advance of the continued status conference date).

D. The Court has expressly relieved the parties of the obligation to file a written status report

5. If a response to the complaint is not timely filed:

A. The plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion; *see* Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 7055-1; AND

B. No later than ten (10) days prior to the status conference, each appearing party must file a Unilateral Status Report (containing the information set forth in Sections A-E of Local Rule Form F 7016-1.STATUS.REPORT) as required by Local Bankruptcy Rule 7016-1(a)(3).

6. Unless otherwise ordered by the Court, within seven (7) days after the status conference, the plaintiff must submit a scheduling order that complies with Local Bankruptcy Rule 7016-1(a)(4).

7. Stipulations for extensions of time are ineffective unless approved by the Court. The Court is likely to deny requests to extend a response deadline to a date within five (5) days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the papers.

8. A copy of these instructions—including Exhibit A, Local Rule Form F 7016-1.STATUS.REPORT—must be attached to every copy of the complaint served upon a party, and the affidavit of service must state that these instructions were served along with a copy of the summons and complaint.