| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew A Lesnick<br>Lesnick Prince Pappas & Alverson LLP<br>315 W. Ninth St.<br>Suite 705<br>Los Angeles, CA 90015<br><br>213–493–6496<br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA**

| | |
|---|---|
| In re:<br><br>GLASS TUNNEL LLC<br><br>Debtor(s). | CASE NO.: 9:26–bk–11019–RC<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 9:26–ap–01032–RC |
| GLASS TUNNEL LLC<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br><br>Versus<br><br>BOBS LLC<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **10/02/2026.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **November 4, 2026** |
| **Time:** | **09:00 AM** |
| **Hearing Judge:** | **Ronald A Clifford III** |
| **Location:** | **1415 State St., Crtrm 201, Santa Barbara, CA 93101** |

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: September 2, 2026

By: "s/" Elizabeth Anne Spann

Deputy Clerk



# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| GLASS TUNNEL LLC<br>600 Spring, LLC<br>Scott Gillen<br>C64829 LLC<br>Unvarnished, Inc. | BOBS LLC<br>Amit Tidhar, as Trustee of the BR Shy Irrevocable Trust<br>Barry Shy |

## ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES

## JUDGE RONALD A. CLIFFORD III

1. The Court will set an initial status conference in all adversary proceedings to be held approximately sixty (60) days after the matter is filed. All parties must appear <u>in person</u> at the initial status conference. Failure to appear for a status conference may result in the imposition of monetary sanctions.

2. A joint status report prepared using Local Form F 7016-1.STATUS.REPORT must be filed fourteen (14) days before each status conference. The plaintiff must attach a copy of the Local Form F 7016-1.STATUS.REPORT to these Adversary Proceeding Status Conference Procedures as Exhibit A. Failure to file a joint status report may result in the imposition of monetary sanctions and/or the status conference being continued.

3. If a party does not cooperate in the preparation of a joint status report, the other party should follow the procedure set forth in this Court's Local Bankruptcy Rule 7016-1(a)(3) for filing a unilateral status report.

4. A status report is not required if:

A. Prior to the date scheduled for the status conference, the parties have filed, and the Court has entered, an order approving a stipulation that resolves all issues raised by the adversary proceeding and provides either for dismissal of the action in its entirety or the entry of judgment in the action.

B. Defaults have been entered as against all defendants and the plaintiff has filed and served a motion for default judgment prior to the date scheduled for the status conference.

C. The parties have filed, and prior to the date scheduled for the status conference, the Court has entered an order approving, a stipulation continuing the status conference to a later date (in which case a written status report must be filed not less than fourteen (14) days in advance of the continued status conference date).

D. The Court has expressly relieved the parties of the obligation to file a written status report

5. If a response to the complaint is not timely filed:

A. The plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion; *see* Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 7055-1; AND

B. No later than ten (10) days prior to the status conference, each appearing party must file a Unilateral Status Report (containing the information set forth in Sections A-E of Local Rule Form F 7016-1.STATUS.REPORT) as required by Local Bankruptcy Rule 7016-1(a)(3).

6. Unless otherwise ordered by the Court, within seven (7) days after the status conference, the plaintiff must submit a scheduling order that complies with Local Bankruptcy Rule 7016-1(a)(4).

7. Stipulations for extensions of time are ineffective unless approved by the Court. The Court is likely to deny requests to extend a response deadline to a date within five (5) days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the papers.

8. A copy of these instructions—including Exhibit A, Local Rule Form F 7016-1.STATUS.REPORT—must be attached to every copy of the complaint served upon a party, and the affidavit of service must state that these instructions were served along with a copy of the summons and complaint.

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -** **SELECT DIVISION** | |
| In re:<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: |
| Plaintiff(s).<br>vs.<br><br>Defendant(s). | **JOINT STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☐ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified “YES,” please explain below (*or on attached page*):

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

<u>Plaintiff</u> <u>Defendant</u>

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

<u>Plaintiff</u> <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

<u>Plaintiff</u> <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?

<u>Plaintiff</u> <u>Defendant</u>

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

<u>Plaintiff</u> <u>Defendant</u>

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

<u>Plaintiff</u> <u>Defendant</u>

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested<br>Reasons: | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) ___________ | Pretrial conference should be set after:<br>(*date*) ___________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated? ☐ Yes ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

| | |
|---|---|
| Date: ___________ | Date: ___________ |
| ______________________________ Printed name of law firm | ______________________________ Printed name of law firm |
| ______________________________ Signature | ______________________________ Signature |
| ______________________________ Printed name | ______________________________ Printed name |
| Attorney for: ______________________ | Attorney for: ______________________ |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| *Date* | *Printed Name* | *Signature* |
|---|---|---|
| | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Venable LLP, 2049 Century Park East, Suite 3400 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**(1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]**; and (2) the accompanying pleading(s) entitled: **ADVERSARY COMPLAINT, ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES -- JUDGE RONALD A. CLIFFORD III , AND JOINT STATUS REPORT [LBR 7016-1(a)(2)]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 9, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/9/2026 | Jessica B. Jaramillo | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVICE INFORMATION**

| Party Served | Service Address |
|---|---|
| BOBS LLC | 15760 Ventura Blvd., Suite 680<br>Encino, CA 91436-3032<br><br>Agent for Service of Process: Rommy Shy |
| Barry Shy | 15760 Ventura Blvd., Suite 1920<br>Encino, CA 91436-3032 |
| Amit Tidhar, as Trustee of the BR Shy Irrevocable Trust | 15760 Ventura Blvd., Suite 1920<br>Encino, CA 91436-3032 |
| Derrick Talerico (served courtesy copy via e-mail) | dtalerico@WZTLfirm.com |